UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically Filed]*

| | |
|---|---|
| CARLY REHM, Individually | CASE NO.: 3:18-cv-557-DJH |
| Plaintiff, | JUDGE: Honorable David J. Hale |
| v. | |
| ROCKBRIDGE CAPITAL INVESTMENT HOLDINGS, LLC d/b/a THE SEELBACH HILTON LOUISVILLE | |
| and | |
| MUSSELMAN HOTELS MANAGEMENT | |
| Defendant. | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

\* \* \*

Defendants, Rockbridge Capital Investment Holdings, LLC d/b/a The Seelbach Hilton Louisville and Musselman Hotels Management (hereinafter "Defendants"), for their Answer to Plaintiff's Complaint, state:

1. Any and all allegations not specifically admitted herein are hereby denied.

2. Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint, and therefore, deny same.

3. With regard to the allegations contained in paragraph 2 of Plaintiff's Complaint, Defendants state that Rockbridge Capital Investments Holdings, LLC is an Ohio limited liability company, that its registered address is 4100 Regent Street, Suite G, Columbus Ohio, and that its

registered agent is Kenneth J. Krebs. However, Defendants deny that Rockbridge Capital Investment Holdings, LLC is a proper party defendant to this action or that it is a corporation.

4. With regard to the allegations contained in paragraph 3 of Plaintiff's Complaint, Defendants admit that Musselman Hotels Management, LLC is a Kentucky limited liability company, that its registered address is 2912 Eastpoint Parkway, Louisville, Kentucky, and that its registered agent is Chester Musselman. Defendants deny that Musselman Hotels Management, LLC is a Kentucky corporation.

5. The allegations contained in paragraphs 4 and 5 of Plaintiff's Complaint state pure legal conclusions, to which no response is necessary. To the extent that a response is required, Defendants deny same.

6. With regard to the allegations contained in paragraph 6 of Plaintiff's Complaint, whether Plaintiff was a legal invitee of the Seelbach Hilton Louisville on June 3, 2018 is a legal conclusion, to which no response is necessary. To the extent that a response is required, Defendants deny same. With regard to the allegations regarding the ownership of the hotel, Defendants deny same. Defendants admit that Musselman Hotels Management provides property management services to the hotel.

7. Defendants deny the allegations contained in paragraphs 7, 8, 9, 10, 11 and 12 of Plaintiff's Complaint.

8. The remainder of Plaintiff's Complaint constitutes a prayer for relief to which no response is necessary. However, to the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

### **FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

All or part of Plaintiff's injuries were caused or contributed to by her own actions and/or inactions, and as such, any recovery in this case should be precluded and/or diminished by the extent of her own wrongdoing.

**THIRD DEFENSE**

All or part of Plaintiff's claims and injuries were caused or contributed by the actions or inactions of third parties, not Defendants, and as such Plaintiff's claims and/or recoveries should be precluded and/or diminished by the extent by the fault of said third parties.

**FOURTH DEFENSE**

Plaintiff's claims are precluded by the doctrines of waiver, estoppel, and release.

**FIFTH DEFENSE**

Any and all alleged hazards to the subject property about which Plaintiff complains were open and obvious, and/or reasonably ascertainable by Plaintiff, and as such, Defendants have no obligation to warn, rectify, or correct said hazards.

**SIXTH DEFENSE**

Plaintiff has an obligation to mitigate damages. To the extent Plaintiff has not done so, Defendants are entitled to a credit or setoff against any amount awarded Plaintiff in the amount of the damages that could have been reasonably avoided by Plaintiff.

**SEVENTH DEFENSE**

Defendants plead that any money Plaintiff recovered from any other source for alleged injuries and/or damages, if any, should be an offset to any judgment rendered against Defendants, if any.

**EIGHTH DEFENSE**

Defendants reserve the right to assert additional defenses to Plaintiff's claim, and assert counterclaims and third-party claims in the future, should the need arise.

WHEREFORE, for the foregoing reasons, Defendants Rockbridge Capital Investment Holdings, LLC d/b/a The Seelbach Hilton Louisville and Musselman Hotels Management, respectfully request the following relief:

1. Dismissal of Plaintiff's Complaint, with prejudice;

2. Their costs herein expended, including a reasonable attorney's fee;

3. Trial by jury; and

4. Any and all other relief to which they may reasonably appear to be entitled.

    Respectfully submitted,

    /s/ Lynsie Gaddis Rust_____
    Lynsie Gaddis Rust
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    100 Mallard Creek Road, Suite 250
    Louisville, KY  40207
    Telephone: 502.238.8500
    Facsimile: 502.238.7995
    Email: lynsie.rust@wilsonelser.com
    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2018, a true copy of the foregoing was filed electronically and will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Peter Perlman
Peter Perlman Law Offices, P.S.C.
148 North Broadway
Lexington, Kentucky 40507
*Counsel for Plaintiff*

    /s/ Lynsie Gaddis Rust_____
    *Counsel for Defendants*

9285947v.1